1  Vincent Galvin (#104448)
   Neil M. Kliebenstein (#226060)
2  Ashley E. LaMore (#245954)
   BOWMAN AND BROOKE LLP
3  1741 Technology Drive, Suite 200
   San Jose, CA 95110-1355
4  Telephone: (408) 279-5393
   Fax: (408) 279-5845
5

6  Attorneys for Defendant
   General Motors Corporation
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11 JACINDA LUCE,                    ) CASE NO. 2:06-CV-01439 WBS-KJM
                                    )
12         Plaintiff,                )
                                    )
                                    ) STIPULATED REQUEST FOR ORDER
13 vs.                              ) AMENDING PRE-TRIAL SCHEDULING
                                    ) ORDER
14 GENERAL MOTORS CORPORATION,      )
                                    ) Trial Date: January 15, 2008
15         Defendant.                )
                                    )
16

17     The parties jointly request that the Court sign the attached Order amending certain

18 deadlines in the September 16, 2006 Pre-Trial Scheduling Order.  The parties do not request a

19 change to the Pre-Trial Conference or Trial dates.

20     The parties have scheduled mediation for February 9, 2007 with Charles Hawkins.

21     The parties have informally exchanged information needed to evaluate the case for

22 purposes of mediation, and will negotiate in good faith at mediation.

23     The parties originally agreed to mediate the case no later than December 20, 2006, but

24 due to scheduling problems, and the need to obtain and evaluate additional medical

25 information, the mediation needed to be rescheduled for February 9, 2007.

26 ///

27

28 STIPULATED REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER
   C:\iFolder\wshubb\Home\Signed\06cv1439 Luce Stip and Ord to Amend Pretrial
   Scheduling Order.doc

PDF created with pdfFactory trial version www.pdffactory.com

1  ///

2       If the case does not settle at mediation, extensive expert work will be required on both
3  liability and damages.

4       Plaintiff claims significant residual injuries from a traumatic brain injury and spinal cord
5  injury. Multiple IMEs will likely be necessary. Also, plaintiff will need to travel to the Bay Area
6  from Maine, where she now lives. (By this stipulation, plaintiffs are not waiving any right to
7  object to the scope, number, or location of any IME.) Due to the nature of the injuries, ample
8  time for discovery is especially important.

9       Extending the deadlines will facilitate settlement because it will allow the parties to
10 avoid substantial expenses prior to mediation.

11      The initial Pre-Trial Order set the following deadlines:

12 - Mandatory Disclosures – January 22, 2007
13 - Expert Disclosures – February 23, 2007
14 - Supplemental Expert Disclosures – March 23, 2007
15 - Rebuttal Expert Disclosures - April 20, 2007
16 - Non-expert Discovery Closes - May 31, 2007
17 - Expert Discovery Closes - July 31, 2007
18 - Motion Deadline - September 7, 2007

19 The parties request the above deadlines be moved as follows:

20 - Mandatory Disclosures - April 10, 2007
21 - Expert Disclosures - June 11, 2007
22 - Supplemental Expert Disclosures – July 2, 2007
23 - Rebuttal Expert Disclosures - July 30, 2007
24 - Non-expert Discovery Closes - July 30, 2007
25 - Expert Discovery Closes - August 31, 2007
26 - Motion Deadline - September 15, 2007

27

STIPULATED REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER
C:\iFolder\wshubb\Home\Signed\06cv1439 Luce Stip and Ord to Amend Pretrial Scheduling Order.doc         2

PDF created with pdfFactory trial version www.pdffactory.com

The Stipulation may be signed in counterpart.

Dated:  1/25/07                                                          BOWMAN AND BROOKE LLP

_____/s/_____
Neil M. Kliebenstein
Attorneys for Defendant
General Motors Corporation

Dated:                                                                             THE BRANDI LAW FIRM

_____/s/_____
Daniel Dell'Osso
Attorneys for Plaintiff
Jacinda Luce

The Court having read the Stipulation of the parties and good cause appearing therefore, ORDERS:

I.      DISCOVERY

The parties have stipulated that each party will serve the initial disclosures required by Fed. R. Civ. P. 26(a)(1) by no later than April 10, 2007.

The parties shall disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than June 11, 2007, with supplemental disclosures by no later than July 2, 2007.

With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Fed. R. Civ. P. 26(a)(2), on or before July 30, 2007.

All discovery, including depositions for preservation of testimony is left open, save and except that it shall be so conducted as to be <u>completed</u> by July 30, 2007 for non-expert discovery, and August 31, 2007 for expert discovery.  The word "completed" means that all

PDF created with pdfFactory trial version www.pdffactory.com

1  discovery shall have been conducted so that all depositions have been taken, and any
2  disputes relevant to discovery shall have been resolved by appropriate order, if necessary and,
3  where discovery has been ordered, the order has been obeyed.  All motions to compel
4  discovery must be noticed on the magistrate judge's calendar in accordance with the local
5  rules of this Court, and so that such motions may be heard (and any resulting orders obeyed)
6  not later than July 30, 2007 for non-expert discovery, and August 31, 2007 for expert
7  discovery.

8      II.    MOTIONS HEARING SCHEDULE

9  All motions, except motions for continuances, temporary restraining orders, or other
10  emergency applications, shall be filed on or before September 15, 2007.  All motions shall be
11  noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules
12  regarding the requirements for noticing and opposing such motions on the Court's regularly
13  scheduled law and motion calendar.

14  Dated:  January 25, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER
C:\iFolder\wshubb\Home\Signed\06cv1439 Luce Stip and Ord to Amend Pretrial Scheduling Order.doc    4

PDF created with pdfFactory trial version www.pdffactory.com