Vincent Galvin (#104448)
Neil M. Kliebenstein (#226060)
Ashley E. LaMore (#245954)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Telephone: (408) 279-5393
Fax: (408) 279-5845

Attorneys for Defendant
General Motors Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JACINDA LUCE, | CASE NO. 2:06-CV-01439 WBS-KJM |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| GENERAL MOTORS CORPORATION, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and between plaintiff Jacinda Luce and defendant General Motors Corporation, through their respective counsel of record, that plaintiff's Complaint and all causes of action thereof are hereby dismissed with prejudice, each party to bear its owns attorneys fees and costs.

Dated:  May~~April~~ _2, 2007                    THE BRANDI LAW FIRM


                                                 _/s/_____
                                                 Dan Dell'Osso
                                                 Attorney for Plaintiff

/ / /

/ / /

1
G:\DOCS\SHU\DSHU2\inBOX\Signed\06cv1439 Luce Stip to Dism.doc

STIPULATION AND ORDER OF DISMISSAL

```
 1  Dated:  April  25, 2007              BOWMAN AND BROOKE LLP
 2
                                          _/s/_____
 3                                          Neil M. Kliebenstein
                                          Attorneys for Defendant
 4                                        General Motors Corporation
 5
 6       IT IS ORDERED that this action is dismissed with prejudice,
 7  with each party to bear it's own attorneys fees and costs.
 8  Dated:  May 10, 2007
 9
                                          WILLIAM B. SHUBB
10                                        UNITED STATES DISTRICT JUDGE
```

G:\DOCS\SHU\DSHU2\inBOX\Signed\06cv1439 Luce Stip to Dism.doc              2

STIPULATION AND ORDER OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com